1

2

3

4

5

6

7

8                                        IN THE UNITED STATES DISTRICT COURT

9                                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WARREN LEE BOWIE,

11             Petitioner,                              No. CIV S-03-1172 DFL GGH P

12          vs.

13   TOM L. CAREY, Warden,

14             Respondent.                     ORDER

15   _____/

16             Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19             On February 3, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Respondent

22   has filed objections to the findings and recommendations.

23             In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo  review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.  The court does not adopt the magistrate judge's discussion of Dannenberg and

                                                        1

1   its possible effect.  Nor does the court find it necessary in this case to consider whether

2   Dannenberg eliminates, or more possibly, alters the liberty interest in parole created by state law.

3   Assuming that such a liberty interest exists and that the liberty interest is defined as stated in

4   Biggs v. Terhune, 334 F.3d 910, 913 (9th Cir. 2003), no violation of that liberty interest occurred

5   here for the reasons stated in the findings and recommendations.

6           Accordingly, IT IS HEREBY ORDERED that:

7           1.  The findings and recommendations filed February 3, 2005, are adopted to the

8   extent indicated above; and

9           2.  The petition is denied.

10  DATED: 9/26/2005

11

12

13                                      _____

14                                      DAVID F. LEVI
                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26